IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BRANDON SAYRE,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| VS. : | |
| : | NO. 7:13-CV-0072-HL-TQL |
| : | |
| **OFFICER WELLS,** : | |
| : | |
| **Defendant** : | |

**ORDER**

Plaintiff **BRANDON SAYRE**, a state prisoner currently confined at Valdosta State Prison, has apparently attempted to file a *pro se* civil rights complaint under 42 U.S.C. § 1983. On May 30, 2013 (ECF No. 4), the United States Magistrate Judge ordered Plaintiff to file a standard 42 U.S.C. § 1983 complaint, a pauper's affidavit, and an account certification form. Plaintiff was given twenty-one days to comply and was advised that a failure to comply may result in the dismissal of his Complaint. When Plaintiff failed to respond to the Order within the time allowed, the Magistrate Judge entered a second order, dated July 9, 2013 (ECF No. 5), requiring Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply. The time for responding to the Order to Show Cause has now passed, and the Court has not received any response from Plaintiff. Plaintiff has thus again failed to comply with an order of this Court.

Plaintiff's repeated failure to respond leads the Court to believe that he is no longer interested in prosecuting this case. For this reason and because of Plaintiff's failure to comply with the Court's instructions, failure to prosecute, and apparent abuse of the judicial process, Plaintiff's Complaint shall be **DISMISSED** without prejudice.

**SO ORDERED**, this 2nd day of October, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr